IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00015-MP-AK

FRANK MEROLD,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 1005, Report and Recommendation of the Magistrate Judge, recommending that Defendant's Motion to Vacate, Set Aside, or Correct Sentence, Doc. 920, filed under 28 U.S.C. § 2255, be denied. The Magistrate Judge filed the Report and Recommendation on Tuesday, May 15, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made. In this instance, however, no objections to the Report and Recommendation have been filed.

In the Report, the Magistrate carefully and thoroughly reviewed each of Defendant's grounds for relief. The Court agrees with the Magistrate that all of Defendant's twenty-four arguments are without merit. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, Doc. 1005, is adopted and incorporated by reference in this order.

2. Defendant's Motion to Vacate, Set Aside, or Correct Sentence, Doc. 920, is DENIED.

**DONE AND ORDERED** this   *26th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge