IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  CASE NO. 1:99-cr-00015-MP -AK

FRANK MEROLD,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 1024, Motion (Titled: Affidavit) of Inquiry for the Record by Frank Merold. Mr. Merold asks the Court to recite the source of its jurisdiction over him in this criminal matter. The Motion requests legal advice and analysis that this Court declines to provide. The Clerk is directed to TERMINATE the Motion of Inquiry.

**DONE AND ORDERED** this *21st* day of September, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge